# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:24-cr-00020 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| JAMES COHEN, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court **HEREBY FINDS THAT:**

On July 30, 2024, the Court entered a Consent Order of Forfeiture, finding that all right, title, and interest in the following property (the "subject property") had been forfeited to the United States pursuant to 21 U.S.C. § 853(p):

- Contents of Suntrust account number ending in 8918 in the business name of Funky Eyes International, Inc. and in the approximate amount of $3,277.31, seized on or about November 14, 2019; and

- Contents of Suntrust account number ending in 9312 in the business name of Funky Eyes International, Inc. and in the approximate amount of $47,347.92, seized on or about November 14, 2019.

(Doc. 11.) The Court also entered a personal money judgment, under 21 U.S.C. § 334(a)(2)(D) and 28 U.S.C. § 2461(c), against the defendant in the amount of $50,625.23. (*Id.*)

The United States gave electronic notice through the CM/ECF notification system of the Consent Order of Forfeiture to counsel for the defendant, and the defendant did not object thereafter to the forfeiture of the subject property.

On September 10, 2024, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property. (Minute Entry 09/10/2024.) The Judgment establishes that the defendant shall forfeit the subject property to the United States. (Doc. 12.)

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 27, 2024.  (Doc. 14.)

The United States did not send direct written notice of the Consent Order of Forfeiture because there was no person or entity who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture. The defendant had an interest in the subject property.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States pursuant to 21 U.S.C. § 853(p).

2

2. The forfeiture of the subject property satisfies the personal money judgment against the defendant.

3. The United States shall dispose of the subject property in accordance with the law.

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture and to amend it as necessary pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND